Matter of Kubo

2026 NY Slip Op 02326

April 16, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Hideaki Kubo, an Attorney. (Attorney Registration No. 2431583.)

Decided and Entered:April 16, 2026

PM-75-26

Calendar Date: April 13, 2026

Before: Garry, P.J., Clark, Fisher, Mackey And Ryba, JJ.

Hideaki Kubo, Tokyo, Japan, pro se.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]

Per Curiam.

Hideaki Kubo was admitted to practice by this Court in 1991 and lists a business address in Tokyo, Japan with the Office of Court Administration. Kubo now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Kubo's application.

Upon reading Kubo's affidavit sworn to February 16, 2026, and filed February 27, 2026, and upon reading the April 7, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Kubo is eligible to resign for nondisciplinary reasons, we grant their application and accept their resignation.

Garry, P.J., Clark, Fisher, Mackey and Ryba, JJ., concur.

ORDERED that Hideaki Kubo's application for permission to resign is granted and their nondisciplinary resignation is accepted; and it is further

ORDERED that Hideaki Kubo's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Hideaki Kubo is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Kubo is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold themselves out in any way as an attorney and counselor-at-law in this State; and it is further

ORDERED that Hideaki Kubo shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to them.